IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


ROBERTA KELLY,                                3:11-CV-00211-ST

        Plaintiff,                          ORDER

v.

JORDAN SCHNITZER, *et al.*,

        Defendants.

ROBERTA KELLY
5109 N.E. Ainsworth Street
Portland, OR 97218-1826
(503) 849-4334

        Plaintiff, *Pro Se*


BROWN, Judge.

1 - ORDER

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#12) on July 7, 2011, in which she recommends the Court dismiss this matter and deny all pending motions. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#12). Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 27th day of July, 2011.

/s/ Anna J. Brown

---
ANNA J. BROWN
United States District Judge

2 - ORDER