IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROBERTA KELLY,**                                                    3:11-CV-00211-ST

        **Plaintiff,**                                          **JUDGMENT**

**v.**

**JORDAN SCHNITZER,** *et al.*,

        **Defendants.**

**BROWN, Judge.**

    Based on the Court's Order (#14) issued July 27, 2011, the Court **DISMISSES** this matter **with prejudice**.   IT IS SO ORDERED.

    DATED this 27th day of July, 2011.

                                /s/ Anna J. Brown
                              _____
                              ANNA J. BROWN
                              United States District Judge

- JUDGMENT