FILED 22 AUG '11 08:29 USDC-ORP

# DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF OREGON

### ARTICLE III CONSTITUTIONAL COURT

| | |
|---|---|
| Case No. | 3:11-CV-211-ST |
| Roberta Kelly, | BY SPECIAL APPEARANCE **NOT** GENERAL |
| Plaintiff, | ORAL ARGUMENT <u>NOT</u> WAIVED |
| v. | JURY TRIAL |
| Shane E. Abma, Susan K. Ackerman, Sam Adams, Advance Publications Incorporated, Ally Financial Incorporated, Todd W. Bennett, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Lloyd C. Blankfein, Lee C. Bollinger, Warren E. Buffett, Russel E. Burger, George H.W. Bush, George W. Bush, Chase Manhattan Bank USA National Assoc., Richard B. Cheney, William J. Clinton, Jeffrey S. Cogan, Cowlitz County Utilities Commissioners, Stephen M. Cutler, David J. DeBrunner, Detention Center Industries Portland City Justice Dept., Jamie Dimon, C. Marie Eckert, Evergreen International Aviation Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Nick Fish, Ronald Frashour III, Amanda Fritz, Timothy F. Geithner, General Motors Acceptance Corporation [GMAC], Golden West Financial, Goldman Sachs &Company [GS&Co], Daniel N. Gordon, Daniel N. Gordon PC, Harsch Investment Co., Natalie L. Hocken, Dwight C. Holton, Homecomings Financial Inc., Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Gregg Kantor, Martha Lillie, Randy Leonard, Sabrina P. Loiselle, Neil McFarlane, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash, Lee Mitau, J. Scott Moede, Mortgage Electronic Registration Systems, Inc. [MERS], Charles T. Munger, Samuel I. Newhouse, Jr., Zalane Nunn, North West Natural [NWNGS], D. Lawrence Olstad, Oregon Public Employees Retire System, | U.S. CONSTITUTIONAL COURT<br><br>ROBERTA KELLY, PLAINTIFF'S<br><br>SUMMARY JUDGEMENT [S.J.]<br><br>MOVE FOR S.J.<br><br>MEMORANDUM IN SUPPORT OF S.J.<br><br>CONCISE STATEMENT OF MATERIAL FACTS, S.J.<br><br>DECLARATION IN SUPPORT OF S.J.<br><br>SUMMONS VIA PUBLICATION<br>S.J. AND FIRST AMENDED COMPLAINT |

Page **1** - 3:11-CV-211-ST FIRST AMENDED COMPLAINT, 08.22.11, Roberta Kelly,
    5109 N.E. Ainsworth ST, Portland, Oregon 97218-1826, 503.280.6409, 503.849.4634

| | |
|---|---|
| [ORPERS], Oregonian, Newhouse News Group, PacifCorp, Gregory K. Palm, Teresa H. Pearson, Ryan K. Petrey, Brian Playfair, Portland City Self Insuring Police Bureau, [PPB] Water Department, Development Commission [PDC], Raymond R. Quirk, Mike Reese, Patrick Reiten, David Rockefeller, Steve Roso, MardiLyn Saathoff, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, John S. Thomas, Tri-Co Metropolitan Transportation District of Oregon, Unifund, U.S. Bancorp., U.S. Bank, U.S. Bank NA, James H. VanDyke, David A. Viniar, Wachovia, David A. Weibel, World Savings, Lavonne Griffin-Valade, Krista L. White, Selig A. Zises Partnership Associated Offshore Cayman Trust) LTD, ET AL,<br><br>Defendants. | MOVE FOR QUIET TITLE, *ET CETERA*<br><br>Roberta Kelly, Self-Represent,<br>503.282.6402; 503.849.4634;<br>5109 NE Ainsworth Street<br>Portland, OR 97218-1826 |

## JURISDICTION

I, Roberta Kelly, the Plaintiff and Moving Party, do DECLARE that I Am Before The Court In Special Appearance And NOT In General Appearance. I Am a sovereign citizen of the States of Oregon and Washington and a sovereign citizen of the United States of America.

Therefore, I bring the CLAIMS into the Court of Oregon, under the provision of Article III of the United States Constitution.

## MOVE FOR SUMMARY JUDGMENT

LOCAL RULE 7.1 CERTIFICATE: I, Roberta Kelly, do hereby state that communication and cooperation with the defendants is unresolved ongoing no less than ten (10) years. Pursuant to Fed R Civ P 56, plaintiff Roberta Kelly, moves the court for entry of summary judgment in favor of Roberta Kelly, Plaintiff, and against defendants on all of defendants' claims. This is supported by the concise statement of material facts wherein declarations can NOT be respected as lawful: Ryan K. Petrye,

Sabrina P. Loiselle, Todd W. Bennett, David A. Weibel. As well as, by and through Miller Nash and agent fiduciary-attorneys C. Marie Eckert, Jeanne Kallage Sinnott, Teresa H. Pearson, *et al.* filings can NOT be respected as lawful.

## LEGAL STANDARD GOVERNING SUMMARY JUDGMENT

The MATERIAL FACTS are more than proven: Our Federal Judicial has ruled in favor of the U.S. Constitution in matters of real property iron law. And, also, when the supremacy test of our jury trial prevails, the U.S. Constitutional Federal Judicial *ie eg,* Owen M. Panner *et al* rule AGAINST Mortgage Electronic Registration Systems [MERS]. Clearly the global money laundering operation has been transparent due to the unconstitutional *DEBT-CEILING FINANCIAL TERRORISM.*

## MEMORANDUM IN SUPPORT

DEBT CEILING in the world of global trading states in commerce does not happen in these current centuries. However, according to the NEWS owned by the same entities that have sold the United States a NEVER TO END IN OUR LIFETIMES GLOBAL WAR ON TERROR, we have a tap root of FINANCIAL TERRORISM, one of the greatest brands sold. For example, during the 1980s, Electronic Virtual Computer Keystrokes were sold to Americans in our economy as though real money traded and exchanged. Thus, as the record now more than proves, the Savings and Loan [S&L] cycle sophisticated the *super pirates' biometric gulag.* Growing the industry, so to speak, an abundant licensed to steal: 1980s, 1990s DOT.COM and U.S. Bank's Grundhofers, *et al. BANKING* has been a credit industry and well aware of the debt as money sold fraudulently to Americans since on or before 1917, BANKKSTERS' and TRILLIONS? There is not a number to be calculated in profits unjustly enriching the shareholders whom are owners of non-stop, non-human, super electronic virtual computer monies machines. A lucrative Racketeer Influenced and Corrupt Organizations Act, RICO.

I, Roberta Kelly, demanded Herbert and Marion SANDLER contract verbally in Walnut Creek, California, that the notorious *fire-sales* by and through the investors of foreign lands and highly lucrative historical vacation places, *etc.* NOT DESTROY AMERICA AND AMERICANS' AGAIN! Homelessness was already a lived through experience. The Sandlers AGREED IN CONTRACT, that

the 1980s could not repeat [Sandlers have successfully been sued for their fraud].

The United Nations Agenda 21,[1] is <u>not</u> an acceptable idea or action, for the imagination which my family and I, have in our minds, for the future we choose to co-create as life, liberty and the pursuit of happiness. John V. Acosta, Ann L. Aiken, Garr M. King, Alex Kozinski, Michael W. Mosman, Peter L. Shaw, *et al* were and are unable to bring contract resolution, due to the economic-monetary systems' conflicts of interest? When I elected for the court legal system to protect the U.S. Constitution and therefore, our Bill of Rights' as is the courts' duty, I was sanctioned and/or worse. The public employees enjoying the electronic digital monies in the sums of ?, all share office chambers and engage in a tight-knit society which appears unfortunately to enjoy profound victimization of GWB's *goddamn piece of paper*. *Bundle of Wrongs*' are the digital monies as psychologically twisted ideas about electronic virtual computer keystrokes doing God's Work as Goldman Sachs, *et al*. The monies belong not to the exclusive foreign shareholders. Acosta, Aiken, King, Kozinski, Mosman, Shaw, *et al*, can not be considered to have been in a delivery of an Equal, Transparent, Fully Disclosed, Contract Exchange, in the courts in the case(s) of I, Roberta Kelly. First and most importantly, the factually based monies equal contracts, in the cases where I have been Self-Representing in the courts: hold no legitimacy in the rule of law or due process.

<u>PLAINTIFF ROBERTA KELLY'S CONCISE STATEMENT OF FACTS</u>

In ref: 3:08-cv-1421. On October 30, 2009, U.S. Bank Doc Nos 51, 52, 53, 54, 55, 56, 57, the fiduciary expertise by and through, C. Marie Eckert, Jeanne Kallage Sinnott, Ryan K. Petrey, Sabrina Loiselle, Todd W. Bennett, David A. Weibel, *et al* prove economics is highly insufficient in the attorney-fiduciaries,' understanding(s). Or, incompetence that is beyond ignorance and, no excuse and time has been abundant to learn about our system since 2009. The law firm of Miller Nash in the marketing by-for housing with loans provided in-and-through lending solutions of creative financing, *et Cetera*. ALSO see Roger Weidner's books submitted as Exhibits, the lawsuit against **Bruce A. Rubin,**

---

[1] ICLEI was formed in 1990 and is a United Nations certified 'non-governmental organization,' or NGO. http://199.102.226.152/~chiptarb/?page_id=17

Page **4** - 3:11-CV-211-ST FIRST AMENDED COMPLAINT, 08.22.11, Roberta Kelly,
  5109 N.E. Ainsworth ST, Portland, Oregon 97218-1826, 503.280.6409, 503.849.4634

**a Managing Partner,** Miller Nash (*ie* REAL *property(ies)*.

America's monies cannot be disputed as electronic virtual. Computer keystrokes are credit and sold as debt. I, Roberta Kelly, from the beginning pled *digits*. However, I DID NOT fully understand the merits of the case, nor have the majority of Americans before the recent DEBT-CEILING fraud.

Primarily in the State of Oregon, we the people receive the *Oregonian's* information as the resource to choose discerning facts and based on the truth(?), there comes the understanding of our social, economic and other necessary contracts. Samuel I. Newhouse, Jr. owns *Advance Publications, Inc.*, the *Newhouse Newspaper Group, Stanton Island, the Oregonian, et al.* The profits are globally shared with global investors. Doubtful the City of Portland actualizes taxes from the global shareholder-investors as what should be reinvested in the local society, *ie eg*, the Mortgage Electronic Registration System digital transfer of titles is but one example of a most dangerous outcome in the event this crime was not stopped.

## CONCLUSION

Humpty Dumpty's truth now held as self-evident, defendants must communicate, cooperate, resolve, remunerate, and bring restitution to the contract(s), accordingly. I, Roberta Kelly, demand respect and honor in due process for the rule of law. And in the spirit of the law, expectation for a greater honor in the courts over and above computer secret keystrokes sold as credit-debt perpetuity.

## MOVE TO QUIET TITLE

I, Roberta Kelly, MOVE TO QUIET TITLE(S) according to my rights' as protected in the U.S. Constitution: 3151 N.E. Sandy Blvd., Portland, Oregon 97232; 5109 N.E. Ainsworth Street, Portland, Oregon 97218; 200 Coyote Lane, Castle Rock, Washington 98611, et Cetera.

Submitted August 22ND, 2011.

*Roberta Kelly* (signature)
Roberta Kelly

## CERTIFICATE FILING-SERVICE

*PUBLICATION REQUESTED,* [SEE INNUMERABLE VOLUMINOUS LISTS OF NAMES

AND ADDRESS FILED IN USDC AND NINTH CIRCUIT COURT OF APPEALS]:

Shane E. Abma, Susan K. Ackerman, Sam Adams, Advance Publications Incorporated, Ally Financial, Incorporated, Todd W. Bennett, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Lloyd C. Blankfein, Lee C. Bollinger, Warren E. Buffett, Russel E. Burger, George H.W. Bush, George W. Bush, Chase Manhattan Bank USA National Association, Richard B. Cheney, William J. Clinton, Jeffrey S. Cogan, Cowlitz County Utilities Commissioners, Stephen M. Cutler, David J. DeBrunner, Detention Center Industries Portland City Justice Dept., Jamie Dimon, C. Marie Eckert, Evergreen International Aviation Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Nick Fish, Ronald Frashour III, Amanda Fritz, Timothy F. Geithner, General Motors Acceptance Corporation [GMAC], Golden West Financial, Goldman Sachs & Company [GS&Co], Daniel N. Gordon, Daniel N. Gordon PC, Harsch Investment Co., Natalie L. Hocken, Dwight C. Holton, Homecomings Financial Inc., Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Gregg Kantor, Martha Lillie, Randy Leonard, Sabrina P. Loiselle, Neil McFarlane, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash, Lee Mitau, J. Scott Moede, Mortgage Electronic Registration Systems, Inc. [MERS], Charles T. Munger, Samuel I. Newhouse, Jr., Zalane Nunn, North West Natural [NWNGS], D. Lawrence Olstad, Oregon Public Employees Retire System, [ORPERS], Oregonian, Newhouse News Group, PacifCorp, Gregory K. Palm, Teresa H. Pearson, Ryan K. Petrey, Brian Playfair, Portland City Self Insuring Police Bureau, [PPB] Water Department, Development Commission [PDC], Raymond R. Quirk, Mike Reese, Patrick Reiten, David Rockefeller, Steve Roso, MardiLyn Saathoff, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, Steve S. Staul, John S. Thomas, Tri-Co Metropolitan Transportation District of Oregon, Unifund, U.S. Bancorp., U.S. Bank, U.S. Bank NA, James H. VanDyke, David A. Viniar, Wachovia, David A. Weibel, World Savings, Lavonne Griffin-Valade, Krista L. White, Selig A. Zises Partnership Associated Offshore Cayman Trust) LTD D. Lawrence Olstad provides email, voice mail, a postal mail box. John V. Acosta, *et al* co-conspired in the SALE FAIL on or about June 3RD or 4TH in 2010. Garr M. King, *et al* co-conspired in [psychopathic, etc.] torture, standing against the U.S. Constitution.