FILED 22 AUG '11 08:29 USDC-ORP

DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF OREGON

ARTICLE III CONSTITUTIONAL COURT

| | |
|---|---|
| Case No. | 3:11-CV-211-ST |
| Roberta Kelly, | BY SPECIAL APPEARANCE **NOT** GENERAL |
| Plaintiff, | ORAL ARGUMENT **NOT** WAIVED |
| v. | TRIAL BY JURY |
| Shane E. Abma, Susan K. Ackerman, Sam Adams, Advance Publications Incorporated, Ally Financial Incorporated, Todd W. Bennett, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Lloyd C. Blankfein, Lee C. Bollinger, Warren E. Buffett, Russel E. Burger, George H.W. Bush, George W. Bush, Chase Manhattan Bank USA National Assoc., Richard B. Cheney, William J. Clinton, Jeffrey S. Cogan, Cowlitz County Utilities Commissioners, Stephen M. Cutler, David J. DeBrunner, Detention Center Industries Portland City Justice Dept., Jamie Dimon, C. Marie Eckert, Evergreen International Aviation Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Nick Fish, Ronald Frashour III, Amanda Fritz, Timothy F. Geithner, General Motors Acceptance Corporation [GMAC], Golden West Financial, Goldman Sachs &Company [GS&Co], Daniel N. Gordon, Daniel N. Gordon PC, Harsch Investment Co., Natalie L. Hocken, Dwight C. Holton, Homecomings Financial Inc., Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Gregg Kantor, Martha Lillie, Randy Leonard, Sabrina P. Loiselle, Neil McFarlane, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash, Lee Mitau, J. Scott Moede, Mortgage Electronic Registration Systems, Inc. [MERS], Charles T. Munger, Samuel I. Newhouse, Jr., Zalane Nunn, North West Natural [NWNGS], D. Lawrence Olstad, Oregon Public Employees Retire System, | U.S. CONSTITUTIONAL COURT<br><br>1. FIRST CLAIM FOR RELIEF –<br>R.I.C.O. 18 USCA L961-62<br><br>2. SECOND CLAIM FOR RELIEF – CLAIM FOR DEP. OF RIGHTS 42 USCA 1983<br><br>3. THIRD CLAIM FOR RELIEF – CONSP. AGAINST. RHTS. OF CIT 18 USCA 241<br><br>4. FOURTH CLAIM FOR RELIEF – CONSP.<br>·REAL ESTATE SETTLEMENT PROCEDURES ACT [RESPA]<br>·TRUTH IN LENDING ACT [TILA]<br>·HOME OWNERS EQUITY PROTECTION ACT [HOEPA]<br>·UNLAWFUL DEBT COLLECTIONS AND PRACTICES ACT [UDCPA]<br>·ANY-ALL U.S.C. TITLE 18<br><br>5. FIFTH CLAIM FOR RELIEF – CONSP<br>*CREDIT-MONIES-DEBT*<br>*·ELECTRONIC VIRTUAL BIOMETRIC GULAG COMPLETELY DISCLOSED*<br>ARTICLE I, SECTION 9, US CONSTITUTION<br><br>6. SIXTH CLAIM FOR RELIEF – UNITED NATIONS AGENDA 21, VIOLATIONS<br><br>7. D. L. OLSTAD CONTRACT BREACHES |

| | |
|---|---|
| [ORPERS], Oregonian, Newhouse News Group, PacifCorp, Gregory K. Palm, Teresa H. Pearson, Ryan K. Petrey, Brian Playfair, Portland City Self Insuring Police Bureau, [PPB] Water Department, Development Commission [PDC], Raymond R. Quirk, Mike Reese, Patrick Reiten, David Rockefeller, Steve Roso, MardiLyn Saathoff, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, John S. Thomas, Tri-Co Metropolitan Transportation District of Oregon, Unifund, U.S. Bancorp., U.S. Bank, U.S. Bank NA, James H. VanDyke, David A. Viniar, Wachovia, David A. Weibel, World Savings, Lavonne Griffin-Valade, Krista L. White, Selig A. Zises Partnership Associated Offshore Cayman Trust) LTD, ET AL,<br><br>Defendants. | ON RECORD IN THE COURT<br><br><br><br><br><br><br><br><br><br>SUMMONS VIA PUBLICATION<br>FIRST AMENDED COMPLAINT AND S.J. |

Roberta Kelly, Self-Represent,
503.282.6402; 503.849.4634;
5109 NE Ainsworth Street
Portland, OR 97218-1826

## PLAINTIFF'S COMPLAINT

Plaintiff's

1. First CLAIM FOR RELIEF arises under the provisions of RACKETEERING CORRUPT ORGANIZATION ACT of 1970. 18 USCA 1961-62, and under the laws of the States, Oregon and Washington *et al.*

2. Second CLAIM FOR RELIEF arises under the provisions of 42 USCA 1982-33, FOR DEPRIVATION OF RIGHTS and under the laws of the States, Oregon and Washington.

3. Third CLAIM FOR RELIEF arises under the provisions of 18 USCA 241, CONSPIRACY AGAINST THE RIGHTS' OF A CITIZEN and under the laws of the States, Oregon and Washington *et al.*

4. Fourth CLAIM FOR RELIEF arises under the provisions of TITLE 18, U.S.,

CONSPIRACY AGAINST ALL 18 TITLES OF THE CONSUMER RIGHTS' AND PROTECTION [ACT(S)] and under the laws of the States, Oregon and Washington *et al.*

    5.    Fifth CLAIM FOR RELIEF CONSPIRACY AGAINST AN ACCOUNTING, SEE Article I, Section 9, U.S. Constitution.

    6.    Sixth CLAIM FOR RELIEF arises under a Protective Order under the provisions of Constitution's Amendments 4TH and 14TH, and the Bill of Rights' standing against the United Nations' Agenda 21 Conspiracy [*EG SMART, BADGER meters*] to own unlawfully: 5109 N.E. Ainswort Street, Portland, Oregon 97218-1826; 200 Coyote Lane, Castle Rock, WA 98611.

    7.    Seventh CLAIM FOR RELIEF arises under the Contract Breaches that were a conspiracy by D. Lawrence Olstad to fracture our family [Ian and Ryan Wilson] for the intention of transference of wealth, the contracts are in the court on the record.

## JURISDICTION

I, Roberta Kelly, the Plaintiff and Moving Party in this action, claim to be a sovereign citizen of both the States of Oregon and Washington. I am a sovereign citizen of the United States of America and therefore, bring the CLAIM(S) into the United States District Court of Oregon, under the provisions of Article III of the United States Constitution. Plaintiff insists that her constitutional rights, guaranteed under Article 1, Section 1, of the Oregon Constitution and the 5TH and 14TH Amendment to the United States Constitution to "equal protection" and "due process" of law be observed at all times herein. Plaintiff further insists that if the court does not intend to go forward as an Article III court of constitutional due process, but intends to proceed as a territorial administrative court that the court so advise the Plaintiff in writing upon the courts receipt of a copy of this complaint. And intention to proceed as a predatory-creditors' court to electronically dictate and dismiss the action, etc., please so advise the Plaintiff in writing upon the courts receipt of a copy of this complaint.

Page **3** - 3:11-CV-211-ST FIRST AMENDED COMPLAINT, 08.22.11, Roberta Kelly,
    5109 N.E. Ainsworth ST, Portland, Oregon 97218-1826, 503.280.6409, 503.849.4634

I, therefore, bring the CLAIMS into the Court of Oregon, under the provision of Article III of the United States Constitution.

PARTIES

PLAINTIFF:

1. Roberta Kelly. I, Plaintiff, am an artist of renown in the State of Oregon, County of Multnomah and City of Portland. Plaintiff worked for twenty (20) years as an independent paralegal in the City of Portland and also in the western U.S. Plaintiff worked as a mortgage broker, owning and operating commercial real estate with small businesses as renters, while also owning and operating an international art gallery. 3151 N.E. Sandy Blvd. Portland, Oregon 97232 [commercial property]; and residential, 5109 N.E. Ainsworth Street, Portland, Oregon 97218-1826; as well as, 200 Coyote Lane, Castle Rock, Washington 98611.

DEFENDANTS:

Shane E. Abma, Susan K. Ackerman, Sam Adams, Advance Publications Incorporated, Ally Financial, Incorporated, Todd W. Bennett, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Lloyd C. Blankfein, Lee C. Bollinger, Warren E. Buffett, Russel E. Burger, George H.W. Bush, George W. Bush, Chase Manhattan Bank USA National Association, Richard B. Cheney, William J. Clinton, Jeffrey S. Cogan, Cowlitz County Utilities Commissioners, Stephen M. Cutler, David J. DeBrunner, Detention Center Industries Portland City Justice Dept., Jamie Dimon, C. Marie Eckert, Evergreen International Aviation Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Nick Fish, Ronald Frashour III, Amanda Fritz, Timothy F. Geithner, General Motors Acceptance Corporation [GMAC], Golden West Financial, Goldman Sachs & Company [GS&Co], Daniel N. Gordon, Daniel N. Gordon PC, Harsch Investment Co., Natalie L. Hocken, Dwight C. Holton, Homecomings Financial Inc., Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Gregg Kantor, Martha Lillie, Randy Leonard, Sabrina P. Loiselle, Neil McFarlane, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash, Lee Mitau, J. Scott Moede, Mortgage Electronic Registration Systems, Inc. [MERS], Charles T. Munger, Samuel I. Newhouse, Jr., Zalane Nunn, North West Natural [NWNGS], D. Lawrence Olstad, Oregon Public Employees Retire System, [ORPERS], Oregonian, Newhouse News Group, PacifCorp, Gregory K. Palm, Teresa H. Pearson, Ryan K. Petrey, Brian Playfair, Portland City Self Insuring Police Bureau, [PPB] Water Department, Development Commission [PDC], Raymond R. Quirk, Mike Reese, Patrick Reiten, David Rockefeller, Steve Roso, MardiLyn Saathoff, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, Steve S. Staul, John S. Thomas, Tri-Co Metropolitan Transportation District of Oregon, Unifund, U.S. Bancorp., U.S. Bank, U.S. Bank NA, James H. VanDyke, David A. Viniar, Wachovia, David A. Weibel, World Savings, Lavonne Griffin-Valade, Krista L. White, Selig A. Zises Partnership Associated Offshore Cayman Trust) LTD D. Lawrence Olstad provides email, voice mail, a postal mail box. John V. Acosta, *et al* co-conspired in the SALE FAIL on or about June 3RD or 4TH in 2010. Garr M. King, *et al* co-conspired in [psychopathic, etc.] torture, standing against the U.S. Constitution. And,

Page 4 - 3:11-CV-211-ST FIRST AMENDED COMPLAINT, 08.22.11, Roberta Kelly,
    5109 N.E. Ainsworth ST, Portland, Oregon 97218-1826, 503.280.6409, 503.849.4634

according to my understanding the requirements are that under law of each state as well as the U.S. Constitution, oaths are taken as sworn in to "Support the Constitution and laws of the United States and of the specific state."

## FACTS

U.S.D.C. 3:08-cv-01421-AC; U.S.9Cir 10-36144; 09-1125-KI, 10-36111; 3:11-CV-211-ST are requested to be in the court of record as FACTS. See: SUMMARY JUDGMENT, etc.

### PLAINTIFF'S FIRST THROUGH SEVEN CLAIMS FOR RELIEF

Plaintiff realleges every statement in this COMPLAINT and every filing that was a progression of the steepest learning curve, corruption in the courts beginning with Eminent Domain in the State of Washington to the current cases noted and ongoing.

WHEREFORE Plaintff prays for relief as hereinafter set forth.

FIRST CLAIM FOR RELIEF-R.I.C.O.

1. Special Damages         $ 100,000.00
2. General Damages         $ 4,000,000.00
3. Treble Damages          $12,000,000.00

SECOND CLAIM FOR RELIEF-DEPRIVATION OF RIGHTS

1. Special Damages         $ 100,000.00
2. General Damages         $ 4,000,000.00
3. Punative Damages        To be set at trial

THIRD CLAIM FOR RELIEF-CONSPIRACY AGAINST RIGHTS OF CITIZEN

1. Special Damages         $ 100,000.00
2. General Damages         $ 4,000,000.00
3. Punative Damages        To be set at trial

Respectfully the 22ND day of August 2011.

*[signature: Roberta Kelly]*
Roberta Kelly

### CERTIFICATE FILING-SERVICE

*PUBLICATION REQUESTED,* [SEE INNUMERABLE VOLUMINOUS LISTS OF NAMES AND ADDRESS FILED IN USDC AND NINTH CIRCUIT COURT OF APPEALS]:

Shane E. Abma, Susan K. Ackerman, Sam Adams, Advance Publications Incorporated, Ally Financial, Incorporated, Todd W. Bennett, Ben S. Bernanke, Bishop White Marshall and Weibel P.S., Lloyd C. Blankfein, Lee C. Bollinger, Warren E. Buffett, Russel E. Burger, George H.W. Bush, George W. Bush, Chase Manhattan Bank USA National Association, Richard B. Cheney, William J. Clinton, Jeffrey S. Cogan, Cowlitz County Utilities Commissioners, Stephen M. Cutler, David J. DeBrunner, Detention Center Industries Portland City Justice Dept., Jamie Dimon, C. Marie Eckert, Evergreen International Aviation Inc. [EIA], Federal Reserve System [FED], Fidelity National Title Financial, Nick Fish, Ronald Frashour III, Amanda Fritz, Timothy F. Geithner, General Motors Acceptance Corporation [GMAC], Golden West Financial, Goldman Sachs & Company [GS&Co], Daniel N. Gordon, Daniel N. Gordon PC, Harsch Investment Co., Natalie L. Hocken, Dwight C. Holton, Homecomings Financial Inc., Patricia A. Ihnat, International Council for Local Environmental Issues [ICLEI], Internal Revenue Service [IRS], International Monetary Fund [IMF], JP Morgan Chase, Gregg Kantor, Martha Lillie, Randy Leonard, Sabrina P. Loiselle, Neil McFarlane, Linda Meng, Mid Atlantic [Reliant] Energy Power Holdings LLC, Miller Nash, Lee Mitau, J. Scott Moede, Mortgage Electronic Registration Systems, Inc. [MERS], Charles T. Munger, Samuel I. Newhouse, Jr., Zalane Nunn, North West Natural [NWNGS], D. Lawrence Olstad, Oregon Public Employees Retire System, [ORPERS], Oregonian, Newhouse News Group, PacifCorp, Gregory K. Palm, Teresa H. Pearson, Ryan K. Petrey, Brian Playfair, Portland City Self Insuring Police Bureau, [PPB] Water Department, Development Commission [PDC], Raymond R. Quirk, Mike Reese, Patrick Reiten, David Rockefeller, Steve Roso, MardiLyn Saathoff, Peter T. Sadowski, Dan Salzman, Joaquin Sampson, Herbert Sandler, Marion Sandler, John Savage, Arlene Schnitzer, Jordan Schnitzer, Douglas H. Schulman, Jeanne K. Sinnott, David Sokol, Steve S. Staul, John S. Thomas, Tri-Co Metropolitan Transportation District of Oregon, Unifund, U.S. Bancorp., U.S. Bank, U.S. Bank NA, James H. VanDyke, David A. Viniar, Wachovia, David A. Weibel, World Savings, Lavonne Griffin-Valade, Krista L. White, Selig A. Zises Partnership Associated Offshore Cayman Trust) LTD D. Lawrence Olstad provides email, voice mail, a postal mail box. John V. Acosta, *et al* co-conspired in the SALE FAIL on or about June 3RD or 4TH in 2010. Garr M. King, *et al* co-conspired in [psychopathic, etc.] torture, standing against the U.S. Constitution.